JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDULLAH SARWARY, | Case No. CV 20-03878 JFW (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KEN CLARK, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: May 26, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE